**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **RANDY DISHMON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:07-cv-0079** |
| | ) | **Judge Trauger** |
| **WAL-MART STORES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons expressed in the accompanying memorandum, the Defendant's Motion

for Summary Judgment (Docket No. 29) is **DENIED**.  The Defendant's Motion to Strike

Portions of Plaintiff's Affidavit (Docket No. 38) is also **DENIED**.  It is further **ORDERED** that

the parties shall file a supplemental joint mediation report by February 23, 2009, indicating their

willingness to attempt a mediation before this case goes to trial.

It is so Ordered.

Entered this 17th day of February 2009.

_____
ALETA A. TRAUGER
United States District Judge